**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE ) <br> SEARCH OF: ) <br> ) <br> The entire premises located at 2505 ) <br> University Avenue, Williston, Williams ) <br> County, North Dakota, and located at ) <br> subject premises a computer(s), ) <br> including related peripherals, and ) <br> computer media, capable of the storage ) <br> of digital data, found at the subject ) <br> premises. ) | **ORDER MOTION FOR EXTENSION OF TIME TO COMPLETE THE ELECTRONIC SEARCH** <br><br> Case No. 4:10-mj-079 |

On February 14, 2011, the Government filed a "Sealed Motion Requesting Extension of Time to Complete the Electronic Search." Therein it requested an additional sixty days to complete the forensic search of the Gateway brand laptop computer, serial number N326171062679, along with other items seized at the location identified above.

The court finds that there is good cause to grant the Government's request for additional time to complete its forensic search. Accordingly, the court **GRANTS** the Government's motion (Docket No. 6) and **ORDERS** that the Government shall have an additional sixty days to complete its search of Gateway brand laptop computer, serial number N326171062679, and the other items seized at the location identified above.

Dated this 14th day of February, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge